Richard C. ELINE, Appellant,

v.

C. WALTER; M. Arnot; K. Ehrenberg, Appellees.

No. 01–1549.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 4, 2002.

Filed Feb. 7, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Inmate Richard Eline appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies. We affirm for the reasons stated by the district court, *see Booth v. Churner*, 532 U.S. 731, 121 S.Ct. 1819, 1825, 149 L.Ed.2d 958 (2001) (42 U.S.C. § 1997e(a) mandates exhaustion regardless of relief offered through administrative procedures); and we reject his arguments on appeal as either meritless or procedurally improper, *see Mahaney v. Warren County*, 206 F.3d 770, 771 n. 2 (8th Cir.2000) (per curiam) (this court generally does not consider issues raised for first time in reply brief).

---

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable John M. Mason, United States Magistrate Judge for the District of Minnesota.

1. The Honorable Roger L. Wollman stepped down as Chief Judge of the United States

Accordingly, we affirm. *See* 8th Cir. R. 47B.